IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR251 |
| v. | ) | |
| JON G. WHITAKER, JR., | ) | ORDER |
| Defendant. | ) | |

The defendant, Jon G. Whitaker, Jr., is hereby ordered to self-surrender to the Bureau of Prisons **at or before 12:00 noon, on or before Thursday, July 15, 2010.**

DATED this 8th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge