IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JON G. WHITAKER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed oral motion to extend his self-surrender date. Following a hearing on this matter, the court hereby grants the defendant's request to extend his self-surrender date.

IT IS ORDERED that the court's previous self-surrender order, Filing No. 150 is vacated, and the defendant is ordered to self-surrender to the Bureau of Prisons on or before **August, 10, 2010.**

IT IS FURTHER ORDERED that the defendant shall have no contact with Rachel Davis.

Dated this 12th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge