IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR251 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JON WHITAKER, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's Motion to Defer Surrender, Filing No. 159. After review of the motion, the court grants an extension of time **until on or before September 15, 2010**, in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

DATED this 6th day of August, 2010.

BY THE COURT:


Joseph F. Bataillon_____
Chief United States District Judge